(No. 5935—

BISMARCK HOTEL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed April 27, 1971.*

BISMARCK HOTEL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General, for Respondent.

PERLIN, C.J.

(No. 5938—

BOOKER T. WRIGHT, d/b/a WRIGHT's MOVING, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed April 27, 1971.*

BOOKER T. WRIGHT, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.